AO 442 (Rev 11/11) Arrest Warrant (Page 1)

**FILED**
JAN 13 2023
BONNIE HACKLER
Clerk, U.S. District Court
By _____
Deputy Clerk

**RECEIVED**
U.S. MARSHALS SERVICE
2022 SEP -2 PM 12: 42
TUCSON
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Pete Avila Trammell
*Defendant*

Case No. CR-21-01628-001-TUC-JAS (LAB)

ED/OK Case No.: 23-MJ-10-GLJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Pete Avila Trammell,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of Supervised Release

Date: September 2, 2022

*Issuing officer's signature*

City and state: Tucson, Arizona

Tiffany Dame, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

cc: USM, AUSA, Probation

Petition 12C – Rev. 6/18

# UNITED STATES DISTRICT COURT
## for
## Arizona
## Petition for Warrant to Revoke Supervised Release

☒ FILED ☐ LODGED
Sep 02 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
T-Sealed

| | | | |
|---|---|---|---|
| Name of Offender: | Pete Avila Trammell | Case No.: | CR-21-01628-001-TUC-JAS (LAB) |

Name of Judicial Officer: **The Honorable James A. Soto**
**United States District Judge**

Date of Original Sentence: **9/27/2021**

Original Offense: **Count 1: Conspiracy to Transport Illegal Aliens, 8 U.S.C. §1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii), a Class D Felony**

Original Sentence: **Four months Bureau of Prisons, three years supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **10/13/2021**
Date Supervision Expires: **10/29/2024**

Assistant U.S. Attorney: **Heather A. Moilanen-Miller**   Defense Attorney: **D. Jesse Smith**
**520-620-7409**                                                        **520-623-8343**

---

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Pete Avila Trammell has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Mandatory Condition #3** which reads, "You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."<br><br>1) On or about January 15, 2022, Trammell used a controlled substance, to wit: marijuana. Available evidence includes testimony by the probation officer. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).<br><br>2) On or about May 18, 2022, Trammell used a controlled substance, to wit: fentanyl. Available evidence includes a signed admission dated May 18, 2022. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B). |

CC:USM, AUSA, Probation

Page 2
RE: Pete Avila Trammell
Petition to Revoke Supervised Release
September 01, 2022

3) On or about June 3, 2022, Trammell used controlled substances, to wit: methamphetamine and fentanyl. Available evidence includes an Aversys toxicology report dated June 8, 2022. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).

4) On or about June 23, 2022, Trammell used controlled substances, to wit: THC and fentanyl. Available evidence includes an Aversys toxicology report dated June 28, 2022. U.S.S.G. §7B1.1(a)(3)(B).

5) On or about July 28, 2022, Trammell used controlled substances, to wit: THC and fentanyl. Available evidence includes an Aversys toxicology report dated August 2, 2022. U.S.S.G. §7B1.1(a)(3)(B).

6) On or about August 3, 2022, Trammell used controlled substances, to wit: THC and fentanyl. Available evidence includes an Aversys toxicology report dated August 5, 2022. U.S.S.G. §7B1.1(a)(3)(B).

Should the Court find Trammell in violation of supervised release with respect to Allegations A3 through A6, revocation is mandatory pursuant to 18 U.S.C. § 3583(g)(4).

B **Standard Condition #5** which reads, "You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."

On or about August 29, 2022, Trammell moved from his approved residence, Phoenix Oasis residential treatment center, located at 1724 North Spring Circle, Mesa, Arizona 85203. Trammell did not provide requisite notice of the change in residence to the probation officer and his whereabouts is unknown. Available evidence includes testimony by the probation officer. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).

C **Special Condition #1** which reads, "You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer."

On August 27, 2022, Trammell was directed to enroll at Phoenix Oasis residential facility. On August 29, 2022, Trammell left the inpatient substance abuse treatment program, and his whereabouts is unknown. Available evidence includes testimony by the probation officer. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).

Page 3
RE: Pete Avila Trammell
Petition to Revoke Supervised Release
September 01, 2022

## U.S. Probation Officer Recommendation and Justification

Pete Avila Trammell has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Pete Avila Trammell is considered a flight risk as his whereabouts is unknown. Additionally, he is considered potentially dangerous due to his recent substance use.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| | |
|---|---|
| Joshua Domschot<br>Senior U.S. Probation Officer<br>Office: 602-682-4304<br>Cell: 602-550-8540 | 9/1/2022<br>Date |
| Scott D. Cole<br>Supervisory U.S. Probation Officer<br>Office: 602-682-4364<br>Cell: 602-309-9644 | 9/1/2022<br>Date |

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

The Honorable James A. Soto
United States District Judge

September 2, 2022
Date